

# Court of Appeals
## Sixth Appellate District of Texas

## J U D G M E N T

In Re: Raymond Earl Barnett

No. 06-14-00132-CR

Memorandum Original Mandamus
Proceeding

Opinion delivered by Justice Moseley, Chief Justice Morriss and Justice Carter participating.

As stated in the Court's opinion of this date, we find that the petition for writ of mandamus should be dismissed as moot. Therefore, we dismiss the petition.

RENDERED AUGUST 13, 2014
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk